IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–01636–REB–KMT

ELECTRONIC PACKAGING SOLUTIONS, INC., a Colorado corporation,
EVERSEALED WINDOWS, INC., a Delaware corporation, and
DAVID STARK,

      Plaintiffs/Counterclaim Defendants,

v.

DICKSTEIN SHAPIRO, LLP,

      Defendant/Counterclaim Plaintiff.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiffs' "Unopposed Motion for Leave to Amend Complaint" (Doc. No. 29, filed Nov. 8, 2013) is GRANTED pursuant to Fed. R. Civ. P. 15(a)(2).   The Clerk of Court is directed to file Plaintiffs' proposed Amended Complaint (Doc. No. 29-1).

Dated: November 15, 2013