## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No.  13-cv-01636-REB-KMT

ELECTRONIC PACKAGING SOLUTIONS, INC., a Colorado corporation,
EVERSEALED WINDOWS, INC., a Delaware corporation, and
DAVID STARK,

      Plaintiffs,

v.

DICKSTEIN SHAPIRO, LLP,

      Defendant.

---

## MINUTE ORDER[1]

---

      The matter is before the court on the plaintiffs' **Unopposed Motion to Substitute Exhibit F to Plaintiffs' Motion For Partial Summary Judgment re: Hourly Fees** [#70][2] filed May 5, 2014.  After reviewing the motion and the record, the court has concluded that the motion should be granted.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That plaintiffs' **Unopposed Motion to Substitute Exhibit F to Plaintiffs' Motion For Partial Summary Judgment re: Hourly Fees** [#70] filed May 5, 2014, is **GRANTED**; and

      2.  That Attachment #70-1, Exhibit F, to this motion, shall be substituted with Exhibit F [Document No. 54-6] attached to Plaintiffs' Motion for Partial Summary Judgment re: Hourly Fees [Document No. 54], currently on file with this Court.

      Dated: May 5, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#70]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.