## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 13-cv-01636-REB-KMT

ELECTRONIC PACKAGING SOLUTIONS, INC., a Colorado corporation,
EVERSEALED WINDOWS, INC., a Delaware corporation, and
DAVID STARK,

    Plaintiffs,

v.

DICKSTEIN SHAPIRO, LLP,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulated Motion For Dismissal With Prejudice** [#71][1] filed May 5, 2014. After reviewing the motion and the record, I conclude that motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion For Dismissal With Prejudice** [#71] filed May 5, 2014, is **GRANTED**;

2. That the combined Final Pretrial Conference and Trial Preparation Conference set October 3, 2014, are **VACATED**;

---

[1] "[#71]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

  3. That the jury trial set to commence October 20, 2014, is **VACATED**;

  4. That any pending motion is **DENIED** as moot; and

  5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

  Dated May 5, 2014, at Denver, Colorado.

           **BY THE COURT:**

           *Bob Blackburn*
           Robert E. Blackburn
           United States District Judge